**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     **NICOLE L. MOORE**     : CHAPTER 13
                                                        : **BANKRUPTCY NO. 24-12018 AMC**
            DEBTOR     :
                                                        :

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended Chapter 13 Plan sent on October 24, 2024, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all creditors using the addresses listed in the claims register.

                                                      \s\ Michael Schwartz
                                                      **MICHAEL SCHWARTZ, ESQUIRE**
                                                      **Attorney for Debtor**