IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     Nicole L. Moore | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy Case Number |
| | : | 24-12018 AMC |
| | : | |

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan with the Clerk of the United States Bankruptcy Court on February 12, 2025 and sent notice via electronic notification and/or First Class Mail on February 12, 2025 to the Trustee and all interested parties that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,

**Date: 3/25/25**        \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**
707 Lakeside Park
Southampton, PA 18966
215-396-7900
msbankruptcy@gmail.com