# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Nicole L. Moore | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy Case Number |
| | : | 24-12018 |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2025 upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is ORDERED that said Motion is granted and Debtor shall be permitted to modify her Chapter 13 Plan.

**Date: April 1, 2025**

BY THE COURT:

_____
**Honorable Derek J. Baker
US Bankruptcy Judge**