*Form 167* (1/25)–doc 49 – 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Nicole L. Moore ) | Case No. 24–12018–djb |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Debtor Nicole L. Moore Objection's to Certification of Default

on: 6/12/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: May 7, 2025                                                                                       For The Court

                                                                                                                        Timothy B. McGrath
                                                                                                                        Clerk of Court